Joseph N. Roth, 025725
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
jroth@omlaw.com

Attorneys for Defendant Office Depot, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Maricopa County, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>Office Depot, Inc., a Delaware corporation,<br><br>Defendant. | No.<br><br>(Maricopa County Superior Court Case No. CV2014-007626)<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S. C. §§ 1441, 1446(a), and LRCiv 3.6, Defendant Office Depot, Inc. ("Office Depot") hereby gives notice of removal of the above-captioned action from the Superior Court of Arizona, Maricopa County, to this Court.  In support of this Notice of Removal, Office Depot states as follows:

1. On or about May 1, 2014, Plaintiff Maricopa County ("Maricopa") filed its Complaint in an action entitled *Maricopa County v. Office Depot, Inc.*, No. CV2014-007626, in the Superior Court of Arizona, Maricopa County ("the State Court Action"). Office Depot accepted service of the Complaint on May 23, 2014.

2. Removal of this action is timely pursuant to 28 U.S.C. § 1446(b) because the Notice of Removal is filed within thirty days after service of the Complaint in the State Court Action.

1       3.    A copy of all process, pleadings, and orders received by Office Depot in
2 the State Court Action are attached to this Notice as **Exhibit A**, as required by 28
3 U.S.C. § 1446(a) and LRCiv 3.6.
4       4.    This Court has original jurisdiction over this action under 28 U.S.C.
5 § 1332.
6       5.    According to the Complaint, Maricopa County is a political subdivision of
7 the State of Arizona. Compl. ¶ 1. Office Depot is a Delaware corporation with its
8 headquarters in Florida. Compl. ¶ 2.
9       6.    In its Complaint, Maricopa alleges damages of "no less than $6.75
10 million." Compl. ¶ 5.
11       7.    Accordingly, this action may be removed to this Court by Office Depot
12 pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of different
13 states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of
14 interest and costs.
15       8.    Venue in the District of Arizona is proper under 28 U.S.C. § 1441(a)
16 because this Court is the United States District Court for the district and division where
17 the State Court Action is pending.
18       9.    Office Depot has filed a copy of this Notice of Removal with the Clerk of
19 the Superior Court of Arizona, Maricopa County, as required by 28 U.S.C. § 1446(d)
20 and LRCiv 3.6. A copy of the Notice to the Superior Court is attached hereto as
21 **Exhibit B**.
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

1    10. Wherefore, Office Depot respectfully requests that this case proceed
2 before this Court as an action properly removed.
3    DATED this 19th day of June, 2014.

OSBORN MALEDON, P.A.

By s/ Joseph N. Roth
    Joseph N. Roth
    2929 North Central Avenue, Suite 2100
    Phoenix, Arizona  85012-2793

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2014, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.  In addition, I certify that I mailed a copy of the attached document to:

Bryan F. Murphy
Ralph D. Harris
Edwin D. Fleming
James M. Stipe
John D. Curtis
Burch & Cracchiolo, P.A.
702 East Osborn Road, Suite 200
Phoenix, Arizona  85014
Attorneys for Plaintiff


s/ Brenda Wendt